**KELLEY DRYE & WARREN LLP**

A LIMITED LIABILITY PARTNERSHIP

**101 PARK AVENUE**

**NEW YORK, NY 10178**

(212) 808-7800

WASHINGTON, DC
LOS ANGELES, CA
CHICAGO, IL
STAMFORD, CT
PARSIPPANY, NJ

BRUSSELS, BELGIUM

AFFILIATE OFFICE
MUMBAI, INDIA

FACSIMILE
(212) 808-7897
www.kelleydrye.com

ANDREA L. CALVARUSO
DIRECT LINE: (212) 808-7853
EMAIL: acalvaruso@kelleydrye.com

January 13, 2016

**VIA ECF & EMAIL**

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, NY 10007
sullivannysdchambers@nysd.uscourts.gov

          Re:    *Corinth Films, Inc. v. Netflix, Inc. et al.*,
                  Case No. 15-cv-8313 (RJS)

Dear Judge Sullivan:

      We represent defendant Cinedigm Corp. ("Cinedigm"). It has come to our attention that Plaintiff Corinth Films, Inc. filed an Affidavit of Service in the above-referenced matter on December 31, 2015, which attests to service of a Summons in a Civil Action and Complaint upon Cinedigm, via the Secretary of State of New York, on October 26, 2015. Cinedigm has conducted a thorough search and has no record of receiving such service. We have also learned from a review of the parties' proposed joint Case Management Plan that Plaintiff intends to move the Court for a default judgment against Cinedigm for failure to respond to the Complaint by November 16, 2015.

      Promptly upon learning that Plaintiff alleged to have served Cinedigm, I emailed and called Plaintiff's counsel, Mr. Gregory A. Sioris. I advised that our client did not receive service and offered to accept service on behalf of Cinedigm, provided the plaintiff would allow us thirty

**KELLEY DRYE & WARREN LLP**

January 13, 2016
Page Two

(30) days to review and respond to the Complaint. Plaintiff's counsel declined to grant our request and instead instructed us to seek relief from the Court and advised that Plaintiff would not oppose our request for relief.

We therefore request that Your Honor direct Plaintiff's counsel to serve us with a copy of the Summons and Complaint so that we may accept service on behalf of Cinedigm. In addition, in order that our client may have sufficient time to investigate the claims, we ask that the Court grant Cinedigm's request to respond to the Complaint thirty (30) days from the date of service. There have been no prior requests for this relief.

Respectfully Submitted,

Andrea L. Calvaruso

cc: All Counsel of Record via ECF